IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

MICHAEL THIERRY,

           Plaintiff,

-vs-

FLIGHT OPTIONS LLC,

           Defendant.

: CASE NO. 1:06 CV 01918
:
:
:
: ORDER ADOPTING REPORT AND
: RECOMMENDATION AND GRANTING
: DEFENDANT'S MOTION FOR
: SUMMARY JUDGMENT

---

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    Defendant Flight Options LLC ("Flight Options") filed a motion for summary judgment on 5 May 2008. (Doc. 18.) The matter was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(A) & (B) and Local Civil Rule 72.1. (Doc. 25.) In his R&R, Magistrate Judge White recommends that Defendant Flight Options' motion for summary judgment be granted. (Doc. 26.)

    No party has objected to the Magistrate Judge's R&R. Therefore, the Court assumes the parties are satisfied with its conclusions and recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, this Court adopts the Magistrate Judge's R&R as determinative. Defendant Flight Options' motion for summary judgment is granted.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: 9 December 2008